UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                                          Case No. 03-34406-BKC-PGH
                                                                Chapter 7

DON KIRSHNER
a/k/a DONALD KIRSHNER,

                              Debtor.
_____/

**TRUSTEE'S EX-PARTE MOTION TO AUTHORIZE SALE
OF STOCK INTERESTS AND PAYMENT OF BROKERAGE COMMISSIONS**

PATRICIA DZIKOWSKI, TRUSTEE, by and through the undersigned counsel, moves this

Court, ex-parte, for entry of an Order authorizing sale of stock interests and payment of stock

brokerage commissions, arising therefrom, and, in support, states:

1.      The Debtor, after initially contesting an involuntary petition which was filed against

him, consented to the entry of an Order for relief and converted the involuntary case to a case under

Chapter 11 of the Bankruptcy Code on April 14, 2004.

2.      The case was converted to a case under Chapter 7 on December 6, 2004.  The case

is presently pending before the United States Bankruptcy Court for the Southern District of Florida

as Case No. 03-34406-BKC-PGH.  Patricia Dzikowski is the duly appointed and qualified Chapter

7 Trustee in this case.

3.      During the course of the Trustee's administration of this case, pursuant to the terms

of a settlement which was entered into with the Debtor and his non-filing spouse, and approved by

this Court after notice; the Estate has become the owner and holder of certain certificated shares of

stock in Veracity Management Global, Inc.

4.      The transfer of the Debtor's stock ownership interest in these shares was initially

restricted however, upon the expiration of the restriction time period, pursuant to the settlement terms, the Debtor caused shares to be issued in the name of the Trustee for this Estate.

5.      On February 10, 2009, the Debtor turned over Veracity Management Global, Inc. stock Certificate No. 2092 to the Trustee for administration.  This certificate represents the Estate's ownership of Seventy Three Thousand Two Hundred Fifty Three (73,253) shares of common stock in Veracity Management Global, Inc.

6.      Pursuant to the terms of the settlement with the Debtor, the Trustee is required to hold this stock for a period of ninety days, during which time the Debtor may elect to repurchase these shares from the Estate.

7.      In the event the Debtor does not repurchase the stock, the Trustee will need to liquidate the bankruptcy estate's stock ownership interest as described above, and any additional rights or property arising from the above referenced stock ownership interests.  The Trustee would prefer to accomplish this liquidation at prevailing rates on the open market.

8.      Since the original stock certificate is issued in the name of the Trustee for this Estate, and has been turned over to the Trustee, it will be necessary for the Trustee to deposit these stock certificates with a stock brokerage company to facilitate a sale.

9.      The Trustee, in order to accomplish the liquidation of these stock ownership interests at prevailing market prices, will need to pay a brokerage commission to the company which facilitates the liquidation of the stock ownership interests.

WHEREFORE, PATRICIA DZIKOWSKI, TRUSTEE, respectfully requests that this Court enter an Order authorizing the sale of the Bankruptcy Estate's ownership interests in the stock interest described herein and any rights or ownership interests derived or arising from these stock

ownership interest at prevailing market prices, and authorize the payment of a standard industry

brokerage commission in the usual and customary amount charged by the brokerage company which

facilitates the sale of the stock ownership interest.

I HEREBY CERTIFY that a correct copy of the foregoing was furnished by electronic service or by first class U.S. Mail, postage prepaid, to all parties on the annexed list this 23rd day of April, 2009.  I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance  with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).

DZIKOWSKI & WALSH
Attorneys for Patricia Dzikowski Trustee
1560 Sawgrass Corporate Parkway
Suite 400
Fort Lauderdale, Florida 33323
(954) 835-0770


by:___s/ John L. Walsh_____
   JOHN L. WALSH
   Florida Bar No. 039586

**ELECTRONIC SERVICE**
United States Trustee
1204 Federal Building
51 Southwest First Avenue
Miami, Florida 33130

Elias Leonard Dsouza
Elias Leonard Dsouza, P.A.
111 North Pine Island Road
Suite 205
Plantation, Florida 33324

**SERVICE BY US MAIL**
Donald Kirshner
5030 Champion Blvd., #306
Boca Raton, Florida 33496